JUDGE DANIELS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT FILED NOV 22 2004 S.D. OF N.Y.

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA :

- v. - :

PETER EDWARDS, :
a/k/a "Ninja," :

Defendant. :

- - - - - - - - - - - - - - - - - - x

INDICTMENT

04 Cr.

04CRIM. 1240

COUNT ONE

The Grand Jury charges:

1. From at least in or about January 2004, in the Southern District of New York and elsewhere, PETER EDWARDS, a/k/a "Ninja," being an alien, unlawfully, willfully, and knowingly, did enter and was found in the United States, after having been deported from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction in the Supreme Court of New York County, New York on or about May 12, 1988, for Attempted Criminal Sale of a Controlled Substance in the Third Degree, and a conviction in the United States District Court for the Southern District of New York on or about September 20, 2000, for illegal re-entry into the United States following deportation in violation of 8 U.S.C. §§ 1326(a) and (b)(2), without having obtained the express consent of the

Attorney General of the United States to his reapplying for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

FOREPERSON

DAVID N. KELLEY
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**PETER EDWARDS,**
**a/k/a "Ninja",**
**Defendant.**

**INDICTMENT**

04 Cr.

(8 U.S.C. § 1326(a) and (b)(2))

DAVID N. KELLEY
United States Attorney.

**A TRUE BILL**

Kathleen Reilly
Foreperson.

Post 11/87
RC
11/22/04

Indictment Filed, case assigned to Judge Daniels -

F. Maas, USMJ.